UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
F I L E D

JUN 17 2021

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                                    INDICTMENT NO. 5:21-cr-73-GFVT

JOSHUA LOGAN CILINCEON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about April 8, 2021, in Fayette County, in the Eastern District of Kentucky,

**JOSHUA LOGAN CILINCEON**

did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. § 924(c)(1)(A)

On or about April 8, 2021, in Fayette County, in the Eastern District of Kentucky,

**JOSHUA LOGAN CILINCEON**

did knowingly possess a firearm, to wit, a Walther handgun, serial number FBB9126, in furtherance of the drug trafficking crime charged in Count 1 of this Indictment for which he may be prosecuted in a court of the United States, all in violation of 18 U.S.C.

§ 924(c)(1)(A).

## COUNT 3
## 18 U.S.C. § 922(g)(1)

On or about April 8, 2021, in Fayette County, in the Eastern District of Kentucky,

**JOSHUA LOGAN CILINCEON,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess firearms, to wit: a Walther handgun, serial number FBB9126, and a Smith and Wesson handgun, serial number HXS2280, in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)
## 28 U.S.C. §2461

In committing the offense alleged in Count 1 of this Indictment, the same being punishable by imprisonment for more than one year, **JOSHUA LOGAN CILINCEON** used and intended to use the below-described property to commit and to facilitate the commission of the said controlled substance violation, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violation of 21 U.S.C. § 841(a)(1).

In committing the felony offenses charged in Counts 2-3 of this Indictment, the United States seeks forfeiture of the firearm and ammunition listed below pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

The property sought for forfeiture includes, but is not limited to:

**CURRENCY**:

Approximately $53,363.00 in United States Currency

**FIREARMS and AMMUNITION:**

a. Walther handgun, serial number FBB9126;

b. Smith and Wesson handgun, serial number HXS2280,

c. All ammunition and magazines seized

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **JOSHUA LOGAN CILINCEON** has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C.§ 924(d) and 28 U.S.C. § 2461.

A TRUE BILL

FOREPERSON

_____
**CARLTON S. SHIER, IV**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Imprisonment for not less than 10 years nor more than life, a fine of not more than $10,000,000, and not less than 5 years supervised release.

**IF PRIOR SERIOUS DRUG OFFENSE OR SERIOUS VIOLENT OFFENSE:**

Imprisonment for not less than 15 years nor more than life, a fine of not more than $20,000,000, and not less than 10 years supervised release.

**COUNT 2:** Not less than 5 years imprisonment and not more than life imprisonment consecutive to any other sentence, not more than $250,000 fine, and not more than 5 years supervised release.

**COUNT 3:** Imprisonment for not more than 10 years, a fine of not more than $250,000 fine, and not more than 3 years supervised release.

**IF ARMED CAREER CRIMINAL:**

Not less than 15 years imprisonment, a fine of not more than $250,000, and not more than 5 years supervised release.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.