Eastern District of Kentucky
FILED
JUN 17 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

CRIMINAL ACTION NO. 5:21-cr-73-GFVT

**UNITED STATES OF AMERICA**            **PLAINTIFF**

V.      **MOTION OF UNITED STATES
FOR ISSUANCE OF ARREST WARRANT**

**JOSHUA LOGAN CILINCEON**            **DEFENDANT**

\*   \*   \*   \*   \*

The United States moves for the issuance of an arrest warrant for the presence of Defendant, **JOSHUA LOGAN CILINCEON**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: _____
David Kiebler
Assistant United States Attorney
United States Attorney's Office
Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4850
David.Kiebler@usdoj.gov